UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA STREETER, | No. 2:17-cv-1955-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff commenced this social security disability benefits appeal in the Sacramento division of this district. However, upon further review of the record, it appears that plaintiff resides in Stanislaus County. (ECF No. 1 at 2.) As such, the action was required to have been commenced in the Fresno division of this district. See E.D. Cal. L.R. 120(d).

Therefore, this action, along with the pending motion to proceed *in forma pauperis* (ECF No. 2) is TRANSFERRED to the Fresno division of this district pursuant to Local Rule 120(f). The Clerk of Court shall administratively close the Sacramento action.

IT IS SO ORDERED.

Dated: October 27, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1